It is so ordered. Defendant Capital One Bank, NA only is dismissed with prejudice.
s/Judge John R. Adams 2/18/21
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kyle Arick<br><br>               Plaintiff,<br><br>– against–<br><br>Capital One Bank (USA), NA and Trans Union, LLC<br><br>               Defendant(s). | Civil Action No.: 5:20-cv-02625-JRA<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), NA** |

Plaintiff Kyle Arick and Defendant Capital One Bank (USA), NA hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed against Defendant Capital One Bank (USA), NA with prejudice, with each party bearing that party's respective attorney's fees and costs.

/s/ Thomas G. Widman
Law Offices of Robert S. Gitmeid & Associates, PLLC
Thomas G. Widman, Esq. (Bar No. 0059259)
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

/s/Margaret Matavich
Margaret Matavich, Counsel – Legal Department
*Attorneys for Defendant Capital One Bank USA, NA*