It is so ordered.  The claims against Trans Union are hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
3/15/2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO (AKRON)

| | |
|---|---|
| KYLE ARICK,<br>   Plaintiff, | CASE NO: 5:20-cv-02625-JRA |
| vs. | Judge John R. Adams |
| CAPITAL ONE BANK (USA),<br>NATIONAL ASSOCIATION; and<br>TRANS UNION, LLC;<br>   Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

  Plaintiff Kyle Arick ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                 Respectfully submitted,

Date:  March 11, 2021

                 */s/ Thomas G. Widman (with consent)*
                 Thomas G. Widman, Esq.
                 Law Offices of Robert S.
                  Gitmeid & Associates
                 30 Wall Street, 8th Floor, #741
                 New York, NY 10005
                 Telephone: (866) 249-1137
                 Fax: (877) 366-4747
                 E-Mail: Thomas.w@gitmeidlaw.com

                 *Counsel for Plaintiff Kyle Arick*